**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **CYBERONICS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 07-121** |
| § | |
| **WELLS FARGO BANK,** § | |
| **NATIONAL ASSOCIATION,** § | |
| **AS TRUSTEE UNDER INDENTURE** § | |
| § | |
| Defendant. § | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR ATTORNEYS' FEES**

Plaintiff/Counter-Defendant Cyberonics, Inc. ("Cyberonics") respectfully files this notice of withdrawal of its request for attorneys' fees under the Texas Declaratory Judgment Act, TEX. CIV. PRAC. & REM. CODE §37.009.

When Cyberonics filed its Original Petition in the District Court for Harris County, Texas, it properly included a request for attorneys' fees as provided for in the Texas Declaratory Judgment Act. Following this Court's declaratory judgment in favor of Cyberonics, the Court ordered Cyberonics to submit an affidavit in support of its request. After further consideration and discussions with opposing counsel, Cyberonics has decided to withdraw its request that the Court grant its attorneys' fees. Accordingly, Cyberonics respectfully files this notice of withdrawal.

RESPECTFULLY SUBMITTED,

s/ N. Scott Fletcher
N. Scott Fletcher
Attorney-in-charge
Federal I.D. No. 16546
State Bar No. 00789046
**VINSON & ELKINS L.L.P.**
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone:  (713) 758-3234
Facsimile:   (713) 615-5168

**OF COUNSEL**

Jeffrey S. Johnston
Federal I.D. No. 22089
State Bar No. 24002368
Elizabeth A. Pannill
Federal I.D. No. 711256
State Bar No. 24086025
**VINSON & ELKINS L.L.P.**
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760

**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT CYBERONICS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing documents to be served on all counsel of record via Electronic Filing System on July 2, 2007.

s/ N. Scott Fletcher
N. Scott Fletcher

3307847.v1