UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYBERONICS, INC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-0121 |
| | § | |
| WELLS FARGO BANK NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case, the plaintiff's, Cyberonics, Inc., petition for a declaratory judgment is granted.

This is a Final Judgment.

SIGNED and ENTERED this 5th day of July, 2007.

_____
Kenneth M. Hoyt
United States District Judge