```
                      ----------------
                        No. 07-20539
                      ----------------
```

CYBERONICS, INC

        Plaintiff - Appellee

v.

WELLS FARGO BANK NATIONAL ASSOCIATION,

as Trustee Under Indenture

        Defendant - Appellant

<u>ENTRY OF DISMISSAL</u>

Pursuant to the joint motion of the parties this appeal is dismissed this 21st day of April, 2008, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: /s/ Steve Totora
        Steve Totora, Deputy Clerk

    ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Deputy
New Orleans, Louisiana    APR 2 1 2008

United States District Court
Southern District of Texas
FILED
APR 2 4 2008
Michael N. Milby, Clerk

U.S. COURT OF APPEALS
FILED
APR 2 1 2008
CHARLES R. FULBRUGE III
CLERK

No. 07-20539

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CYBERONICS, INC
                Plaintiff - Appellee

v.

WELLS FARGO BANK NATIONAL ASSOCIATION,
as Trustee Under Indenture
                Defendant - Appellant

On Appeal from the United States District Court
for the Southern District of Texas
Houston Division

**JOINT MOTION TO DISMISS APPEAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

    Pursuant to Fed. R. App. P. 42(b), Appellant Wells Fargo Bank, National Association, as Trustee Under Indenture, ("Wells Fargo") and Appellee Cyberonics, Inc. ("Cyberonics") file this Joint Motion to Dismiss Appeal with

Prejudice in light of settlement reached by the parties. The parties would respectfully show this Court as follows:

1. Appellant Wells Fargo filed this notice of appeal on July 26, 2007. The appeal is docketed in this Court under docket number 07-20539.

2. The parties timely filed briefs with this Court and notices of supplemental authority. The case is set for oral argument on April 28, 2008.

4. The parties have agreed to and settled all disputes involved in this litigation.

5. In light of this settlement, the parties jointly move the Court to dismiss this appeal, with costs to be taxed against the party incurring same pursuant to Fed. R. App. P. 39(a).

WHEREFORE, PREMISES CONSIDERED, Appellant and Appellee pray that this Court dismiss the appeal styled Wells Fargo Bank National Association v. Cyberonics, Inc., docket number 07-20539, and order all costs to be borne by the party incurring those costs. Appellant and Appellee also pray that this Court grant such other and further relief to which the parties may be justly entitled.

Respectfully submitted,

/s Jeffrey I. Ross
ANTHONY, OSTLUND & BAER, P.A.
Jeffrey I. Ross
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612.349.6969
Facsimile: 612.349.6996

*Attorneys for Defendant-Appellant*

/s N. Scott Fletcher
VINSON & ELKINS LLP
David T. Harvin
N. Scott Fletcher
Jeffrey S. Johnston
Elizabeth A. Pannill
Abigail W. Giraud
First City Tower
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.3234
Facsimile: 713.615.5168

*Attorneys for Plaintiff-Appellee*

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 21, 2008

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Street
Houston, TX 77002

    No. 07-20539 Cyberonics Inc v. Wells Fargo Bank NA
    USDC No. 4:07-CV-121

Enclosed is a certified copy of the judgment issued as the mandate.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    Steve Totora, Deputy Clerk
    504-310-7667

Mr Thomas Hal Cook
Mr Jeff I Ross
Mr N Scott Fletcher

MDT-1